# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| KAREN OSLEY,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>FLAMINGO LAS VEGAS OPERATING COMPANY, LLC, et al.,<br><br>　　　　　　　　Defendant. | Case No. 2:17-cv-00851-GMN-NJK<br><br>ORDER<br><br>(Rqst Cont ENE – ECF No. 12) |

Before the court is Defendants' Request to Continue Early Neutral Evaluation Session (ECF No. 12). For good cause shown,

**IT IS ORDERED** that:

1. The Request to Continue the Early Neutral Evaluation Sesstion (ECF No. 12) is **GRANTED**, and the ENE currently scheduled for May 25, 2017, at 1:30 p.m., is **VACATED** and **CONTINUED** to **1:30 p.m., June 22, 2017**.

2. The confidential ENE Statements shall be due to Chambers, Room 3071, no later than **4:00 p.m., June15, 2017**.

3. All other instructions within the original Order Scheduling Early Neutral Evaluation (ECF No. 11) shall remain in effect.

DATED this 18th day of April, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1